UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY DAVIS,<br><br>        Plaintiff,<br>   vs.<br><br>TOL, et al.,<br><br>        Defendant. | Case No. CV 10-8282 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: 7/27/11

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE