UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY DAVIS,<br><br>           Plaintiff,<br>   vs.<br>TOL, et al.,<br><br>           Defendant.<br>_____ | Case No. CV 10-8282 SJO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: 7/27/11

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE